UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN CHCF, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-01274 CSK P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed May 7, 2024, plaintiff was granted thirty days to pay the filing fee or file a completed in forma pauperis affidavit. (ECF No. 3.) Plaintiff was cautioned that failure to comply with the May 7, 2024 order would result in a recommendation that this action be dismissed. (Id.) The thirty-day period has now expired, and plaintiff has not paid the filing fee or filed a completed in forma pauperis affidavit.

　　　　In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 12, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Over1274.fifp
2

2